RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Juan Armando Macias-Cazares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUAN ARMANDO MACIAS-CAZARES,<br><br>    Defendant. | Case No. 2:19-cr-00061-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Juan Armando Macias-Cazares, that the Sentencing Hearing currently scheduled on March 17, 2020 at 10:00 AM, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1.  Undersigned counsel needs additional time to prepare for sentencing.

  2.  The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 11th day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00061-APG-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JUAN ARMANDO MACIAS-CAZARES, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, March 17, 2020 at 10:00 a.m., be vacated and continued to April 28, 2020 at the hour of 10:00 a.m. in Courtroom 6C.

    DATED this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE