RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Juan Armando Macias-Cazares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JUAN ARMANDO MACIAS-CAZARES,<br><br>        Defendant. | Case No. 2:19-cr-061-APG-DJA<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING DATE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Juan Armando Macias-Cazares, request this court to advance his sentence hearing date currently scheduled for April 28, 2020, at the hour of 10:00 a.m.; be advanced as soon as possible, or to a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

1. In anticipation of sentencing, Mr. Macias-Casarez's elderly siblings as well as other family members, all of whom reside in Mexico, applied for visas to enter the United States. His family members hoped to be present and support Mr. Macias-Casarez at his sentencing.

2. Mr. Macias-Casarez requested that his sentencing be continued in order to allow his family time to obtain their visas and travel to Las Vegas.

3. Given the current COVID-19 pandemic, travel from Mexico to the United States has become extremely difficult. It is unknown when his family members will be able to enter the United States.

4. The parties therefore request therefore respectfully requests his sentence hearing date be advanced as soon as possible.

DATED: March 27, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By  */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By  */s/ Jared Grimmer*<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN ARMANDO MACIAS-CAZARES,<br><br>    Defendant. | Case No. 2:19-cr-061-APG-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentence hearing currently scheduled for Tuesday, April 28, 2020 at 10:00 a.m., be vacated and advanced to April 8, 2020 at the hour of 1:00 p.m. in Courtroom 6C.

DATED this 30th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE