# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Juan Armando Macias-Cazares**

Case Number:  **2:19CR00061**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **April 8, 2020**

Original Offense: **Deported Alien Found Unlawfully in the United States**

Original Sentence: **37 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **September 29, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Deportation Compliance – If you are ordered deported from the United States, you must remain outside the United States, unless legally authorized to re-enter. If you re-enter the United States, you must report to the nearest probation office within 72 hours after you return.**

    a) On March 18, 2022, the probation office was notified by the Immigration and Customs Enforcement Agency (ICE) that Macias had been found in the state of Florida having entered the country illegally and is currently being held in custody by their agency.

RE: Juan Armando Macias-Cazares

Prob12C
D/NV Form
Rev. March 2017

**2. <u>Do Not Commit Another Crime</u> - You must not commit another federal, state or local crime.**

   a) On March 18, 2022, the probation office was also notified by ICE that Macias was arrested by Polk Country Florida Deputies and charged with Domestic Violence Simple Battery on Person over 65, in violation of Florida State Statute 784.08(2)(C), which is a felony.

   According to the police report, Macias threw a 66-year-old woman onto a couch and held her there in place for approximately 20 minutes. Macias eventually threw her down on the ground and he refused to help her up so she called the fire department for help. Macias also pulled her hair, slapped her in the face, and threw his shoes at her. Eventually, the victim called the police and Macias was taken into custody.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 22, 2022**

Digitally signed by Cecil B McCarroll III
Date: 2022.03.22 12:27:51 -07'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.03.22 12:26:19 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: **Juan Armando Macias-Cazares**

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐   No Action.
☑   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

___March 22, 2022___
Date

RE: Juan Armando Macias-Cazares

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JUAN ARMANDO MACIAS-CAZARES, 2:19CR00061

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
March 22, 2022

By way of case history, Macias was sentenced on April 8, 2020 to 37 months custody followed by 36 months supervised release for committing the offense of Deported Alien Found Unlawfully in the United States. Because Macias was in the country illegally, he was ultimately deported on September 29, 2021 following his release from BOP custody.

As noted above, the probation office was notified by ICE on March 18, 2022, that Macias was arrested in Florida and booked in on new charges. Specifically, Macias was charged with Violence Simple Battery on Person Over 65 which is a felony. Macias was released from state custody and is currently in ICE custody. Although Macias was booked in Polk County under the name "Jaime Hernandez", ICE positively identified him as Juan Armando Macias-Cazares. ICE reports they have initiated deportation procedures since he is in the country illegally.

Our office respectfully requests that a warrant be issued so Macias can be extradited to Nevada to address these violations.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2022.03.22 12:28:48 -07'00'

Cecil B. McCarroll III
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.03.22 12:26:38 -07'00'

Brian Blevins
Supervisory United States Probation Officer