RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Juan Armando Macias-Cazares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN ARMANDO MACIAS-CAZARES,

Defendant.

Case No. 2:19-CR-00061-APG-DJA-1

**STIPULATION TO CONTINUE REVOCATION HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juan Armando Macias-Cazares, that the Revocation Hearing currently scheduled on July 20, 2022, at 1:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to speak with Mr. Macias-Cazares regarding this matter.

2. Mr. Macias-Cazares is in custody and agrees with the need to continue this hearing.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 14th day of July 2022.

RENE L. VALLADARES
Federal Public Defender

By */s/ Jacquelyn N. Witt*
JACQUELYN N. WITT
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

By */s/ Jared Grimmer*
JARED GRIMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN ARMANDO MACIAS-CAZARES,<br>Defendant. | Case No. 2:19-CR-00061-APG-DJA-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 20, 2022 at 1:30 p.m., be vacated and continued to August 24, 2022 at the hour of 1:30 p.m. in LV Courtroom 6C; or to a time and date convenient to the court.

DATED this 15th day of July 2022.

UNITED STATES DISTRICT JUDGE