RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Juan Armando Macias-Cazares

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00061-APG-DJA-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JUAN ARMANDO MACIAS-CAZARES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Juan Armando Macias-Cazares, that the Revocation Hearing currently scheduled on September 8, 2022 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Macias-Cazares is undergoing medical treatment while in custody and additional time is needed to attain the results of the treatment.

2. Defense counsel needs additional time to discuss this matter with Mr. Macias-Carzares, and prepare for the revocation hearing if necessary.

3. Mr. Macias-Cazares is in custody and agrees with the need for a continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 6th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Jacquelyn N. Witt*<br>By_____<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JUAN ARMANDO MACIAS-CAZARES,<br><br>      Defendant. | Case No. 2:19-cr-00061-APG-DJA-1<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 8, 2022 at 3:00 p.m., be vacated and continued to November 16, 2022 at the hour of 10:00 a.m. in Courtroom 6c; or to a time and date convenient to the court.

   DATED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE